```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TOBIAS MOELLER-BERTRAM, individually, and on :
behalf of all others similarly situated, :
:
                      Plaintiff, :      23-cv-2027 (LJL)
:
         -v- :      <u>ORDER</u>
:
GEMINI TRUST COMPANY, LLC; and DIGITAL :
CURRENCY GROUP, INC., :
:
                      Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties are hereby directed to file a letter by April 24, 2024, indicating whether the stay in this case, Dkt. No. 36, should be lifted and how the parties propose proceeding in light of Judge Buchwald's memorandum and order in *Picha, et al. v. Gemini Trust Company, LLC, et al.*, 22-cv-10922.

      SO ORDERED.

Dated: April 16, 2024
       New York, New York
                                                 LEWIS J. LIMAN
                                         United States District Judge